NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000243
01-AUG-2013
09:33 AM

NO. CAAP-13-0000243

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GOODFELLOW BROS, INC., Plaintiff-Appellee, v.
BANK OF HAWAII, Garnishee-Appellant,
and
AINA LE'A, LLC; DW AINA LE'A DEVELOPMENT, LLC;
ISLAND VISTAS, LLC, RELCO CORPORATION; ROBERT J. WESSELS;
HAWAII ESCROW & TITLE, INC.; JANE DOES 1-10; JOHN DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE NON-PROFIT
ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-2795)

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Garnishee-Appellant Bank of
Hawaii's July 12, 2013 Motion to Dismiss Appeal, the papers in
support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss the
appeal is granted and the appeal is dismissed, pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b). The parties
shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, August 1, 2013.

Chief Judge

Associate Judge

Associate Judge